# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

JOSE L. ECHEVERRIA,
      Plaintiff,

v.                                              Civil Action No. 1:18cv30

SAMUEL I. WHITE, P.C., et al.,
      Defendants.

## ORDER

On February 12, 2019, United States Magistrate Judge Theresa Carroll Buchanan entered a Report and Recommendation ("Report") in this foreclosure case, recommending that defendants' motion for sanctions be granted in part and denied in part.

Upon consideration of the record and Judge Buchanan's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of Judge Buchanan as set forth in her well-reasoned Report (Doc. 33).

Accordingly,

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

It is hereby **ORDERED** that defendants' motion for sanctions (Doc. 26) is **GRANTED IN PART AND DENIED IN PART** as set forth in Judge Buchanan's Report.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
March 28, 2019

/s/
T. S. Ellis, III
United States District Judge